STATE OF NEW JERSEY v. ERNEST R. SANTIAGO.

February 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. REGINALD ADAMS.

February 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES C. BREWER, JR.

February 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE P. HAMILTON.

February 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH LEE GRAY.

February 2, 1971. Petition for certification denied. (See 112 *N. J. Super.* 412).

STATE OF NEW JERSEY v. RAYMOND OWENS.

February 2, 1971. Petition for certification denied.